NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Greg.Addington@usdoj.gov
Counsel for United States

```
____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         NOV 2 5 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>$73,360.00 IN UNITED STATES CURRENCY,<br><br>             Defendant.<br><hr>MACIEJ BRAUNSTEIN,<br><br>             Claimant. | 3:19-cv-075-MMD-CLB<br><br>STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON |

Plaintiff United States of America and claimant Maciej Braunstein, through their respective counsel, hereby stipulate and propose an order from this Court re-scheduling the date of the case management conference (*see* Order (#19)) from December 5, 2019, to December 19, 2019, at 9 am.

By Order (#19) entered November 6, a case management conference was scheduled for December 5, 2019. To accommodate the schedules of both counsel, it is requested that the case

1

management conference be re-scheduled for <u>December 19, 2019, at 9 am</u>, with the deadline for submission of a case management report adjusted accordingly.

<u>/s/ J. Craig Demetras</u>
J. CRAIG DEMETRAS, ESQ.
Counsel for Claimant Maciel Braunstein

<u>/s/ Greg Addington</u>
GREG ADDINGTON
Assistant U.S. Attorney

IT IS SO ORDERED

_[signature]_
UNITED STATES MAGISTRATE JUDGE

2